UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES KLEIN,

    Plaintiff,

  v.

DELBERT SERVICES CORPORATION,

    Defendant.

Case No. 15-cv-00432-MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a Case Management Conference on April 30, 2015. However, as there is a pending motion to compel arbitration, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: March 27, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge